FORM orcnv7AD (Rev. 05/22)

**UNITED STATES BANKRUPTCY COURT**
Northern District of Florida
Pensacola Division

In Re: Emily Suzanne Maloy　　　　　　　　　　　　　　Bankruptcy Case No.: 23–30396–KKS
　　　aka Emily S. Maloy, aka Emily Maloy, aka Emily Holt,
　　　aka Emily Goff
　　　SSN/ITIN: xxx–xx–5115
　　　　Debtor

　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter: 7
　　　　　　　　　　　　　　　　　　　　　　　　　　　Judge: Karen K. Specie

*ORDER CONVERTING CASE TO CHAPTER 7*

Upon consideration of the motion or notice to convert this case to Chapter 7, it is

***ORDERED:***

1. For Chapter 12 and 13 cases, conversion to a case under Chapter 7 of Title 11, United States Code, is effective as of the date the Debtor(s) filed the notice or motion to convert.

2. For Chapter 11 or Chapter 11 Subchapter V cases, conversion to a case under Chapter 7 of Title 11, United States Code, is effective as of the date of this Order.

3. Within fourteen (14) days of the date of conversion, the Debtor(s) shall file:

    a. all lists, schedules, statements, and other documents required by Fed. R. Bankr. P. 1007 and N.D. Fla. LBR 1019–1;

    b. the Chapter 7 Statement of Your Current Monthly Income (Official Form 122A–1), if applicable;

    c. the Chapter 7 Means Test Calculation (Official Form 122A–2); and

    d. a separate schedule (with mailing matrix) listing all unpaid debts incurred after the commencement of the case.

4. Within thirty (30) days of the date of conversion or before the first date set for the meeting of creditors, whichever is earlier, the Debtor(s) shall file the statement of intention required by 11 U.S.C. § 521(a)(2).

5. The former trustee, if any, is discharged of all further duties and responsibilities of this case.

6. If converting from a Chapter 13 where there is not a confirmed Chapter 13 Plan, the Court reserves jurisdiction to determine fees and expenses for the Chapter 13 trustee and Chapter 13 Debtor(s)' counsel.

***ORDERED*** on September 30, 2024.

　　　　　　　　　　　　　　　　　　　　　　/s/ Karen K. Specie
　　　　　　　　　　　　　　　　　　　　　　Karen K. Specie
　　　　　　　　　　　　　　　　　　　　　　U.S. Bankruptcy Judge

**Service**:
　Attorney for the Debtor shall serve this document pursuant to the applicable Rules and file a certificate of service within three (3) days.