# UNITED STATES BANKRUPTCY COURT
### Northern District of Florida
### Pensacola Division

---

In Re: Emily Suzanne Maloy  
  aka Emily S. Maloy, aka Emily Maloy, aka Emily Holt,  
  aka Emily Goff  
SSN/ITIN: xxx–xx–5115  
  Debtor

Bankruptcy Case No.: 23–30396–KKS

Chapter: 7  
Judge: Karen K. Specie

---

### CLERK'S NOTICE OF U.S. TRUSTEE'S STATEMENT
### OF PRESUMED ABUSE UNDER 11 U.S.C. § 707(b)(2)

    Pursuant to 11 U.S.C. §704(b)(1)(B), you are hereby notified that the United States Trustee has filed the following statement in this case, to−wit:

> "As required by 11 U.S.C. §704(b)(1)(A), the United States Trustee has reviewed the materials filed by the debtor(s). Having considered these materials in reference to the criteria set forth in 11 U.S.C. §707(b)(2)(A), and, pursuant to 11 U.S.C. §704(b)(2), the United States Trustee has determined that: (1) the debtor's(s') case should be presumed to be an abuse under §707(b); and (2) the product of the debtor's current monthly income, multiplied by 12, is not less than the requirements specified in §704(b)(2)(A) or (B). As required by 11 U.S.C. §704(b)(2) the United States Trustee shall, not later than 30 days after the date of this Statement's filing, either file a motion to dismiss or convert under §707(b) or file a statement setting forth the reasons the United States Trustee does not consider such a motion to be appropriate. Debtor(s) may rebut the presumption of abuse only if special circumstances can be demonstrated as set forth in 11 U.S.C. §707(b)(2)(B)".

Dated: November 6, 2024

FOR THE COURT  
Traci E. Abrams, Clerk of Court  
110 E. Park Ave., Ste. 100  
Tallahassee, FL 32301

Service by the Court to:  
  All Creditors and Parties in Interest